IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATHER GRIMES                                                                                      PLAINTIFF

v.                                          3:05CV00188-WRW

PRUDENTIAL FINANCIAL, INC., d/b/a
PRUDENTIAL INSURANCE COMPANY OF
AMERICA and WAL-MART STORES                                                        DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Upon representation that the Plaintiff and Defendants have reached settlement, the above-captioned matter should be and is hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE